No. 813. J. CHR. G. HUPFEL CO., INC. v. ANDERSON, COLLECTOR. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. L. L. Hamby* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *John G. Remey* for respondent.

No. 838. CHICAGO & NORTHWESTERN RY. CO. v. STATE BOARD OF EQUALIZATION & ASSESSMENT. May 2, 1932. Petition for writ of certiorari to the Supreme Court of Nebraska denied. *Messrs. Wymer Dressler* and *Samuel H. Cady* for petitioner. *Messrs. C. A. Sorensen* and *Hugh LaMaster* for respondent.

No. 839. MILYONICO ET AL. v. UNITED STATES. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Harold J. Bandy* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, A. E. Gottschall, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 842. SECURITY NATIONAL BANK v. YOUNG, COUNTY TREASURER, ET AL. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Perry F. Loucks* for petitioner. *Mr. Ray F. Drewry* for respondents.

No. 846. JOHNSON ET AL. v. BURNET, COMMISSIONER OF INTERNAL REVENUE. May 2, 1932. Petition for writ

552

of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Wm. Cutler Thompson,* and *Wm. F. Riley, Jr.,* for respondent. ▆▆▆▆▆▆▆▆▆▆▆

No. 848. 169 BALES CONTAINING WOOL *v.* UNITED STATES. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Carl E. Whitney* and *Francis C. Lowthorp* for petitioner. *Solicitor General Thacher, Assistant Attorney General St. Lewis,* and *Messrs. Whitney North Seymour, Clinton M. Hester,* and *Wilbur H. Friedman* for the United States. ▆▆▆▆▆▆▆▆▆▆

No. 850. CHICAGO, ROCK ISLAND & PACIFIC RY. CO. *v.* SQUIRE, ADMINISTRATOR. May 2, 1932. Petition for writ of certiorari to the Supreme Court of Oklahoma denied. *Messrs. John Barry, M. L. Bell, W. F. Dickinson, Thomas P. Littlepage,* and *W. R. Bleakmore* for petitioner. *Messrs. R. R. Bell, W. A. Ledbetter,* and *H. L. Stuart* for respondent. ▆▆▆▆▆▆▆▆▆▆

No. 852. ST. LOUIS-SAN FRANCISCO RY. CO. ET AL. *v.* FINE. May 2, 1932. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Edward T. Miller, Harry P. Warner,* and *Cecil R. Warner* for petitioners. *Mr. David S. Partain* for respondent.

No. 868. ALBERT PICK-BARTH CO., INC. *v.* MITCHELL WOODBURY CO., INC., ET AL. May 2, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the